CHRISTOPHER BRANTLEY
APPELIAT

§ CASE No. 07-13-00218-CR
§ TRIAL CASE No. 2013-432,916
§ IN THE COURT OF CRIMINAL APPEALS
§ AUSTIN TEXAS

PD-0296-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

## MOTION TO FILE LESS COPIES

MAR 20 2015

Abel Acosta, Clerk

HONORABLE JUSTICES,

Comes Now APPELIAT CHRISTOPHER BRANTLEY Brings THIS Motion in good FAITH, Motion To File Less Copies.

### History

Petitioner is An true Formal Pauperis Please see Judgment by THE seventh Court of Appeals on February 23, 2015. He Cannot Afford the Copies Needed To Provide to THIS Honorable Court. He Does Not own Any Property, LAND, or Stocks.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

### Prayer

APPELIAT Prays For relief Deem Just.

### Certificate of Services

On 3-13-15 by Mail From Cornwall Unit 899 Fm 632 Keleny TX. 78119 he sent the Clerk of Criminal Appeals Louise Pearson this Motion to File Less Copies

Sincerely
Christopher
Brantley
3-13-15

(1)